# UNITED STATES DISTRICT COURT

## SOUTHERN DISTIRCT OF CALIFORNIA

ROBERT MARTINEZ, as an individual and on behalf of all others similarly situated,

      Plaintiff,

  v.

IHG MANAGEMENT (MARYLAND) LLC, a Maryland Limited Liability Company; INTER-CONTINENTAL HOTELS CORPORATION, a Delaware Corporation; INTERCONTINENTAL HOTELS GROUP RESOURCES, LLC, a Delaware Limited Liability Company; and DOES 1-100, inclusive,

      Defendants.

Case No.:  3:24-cv-210-L-DEB

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**

Order Granting Joint Motion to Stay

This Court, having duly considered Plaintiff Robert Martinez and Defendants IHG Management (Maryland) LLC, et al.'s Joint Motion for Stay ("Motion"), and those matters submitted in support thereof, in the interests of justice and based upon the evidence contained within the declaration submitted to the Court:

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The above-captioned action is stayed in its entirety. The parties are hereby ordered to file a joint status report advising this Court on the status of the approval of the settlement in *Robert Martinez, on behalf of the State of California and All Aggrieved Employees v. IHG Management (Maryland) LLC et al.*, Superior Court of the State of California, County of San Diego, Case No. 37-2024-00008504-CU-OE-CTL ("*Martinez II - PAGA Action*") on or before June 15, 2025.

**IT IS SO ORDERED.**

Dated:  April 15, 2025

Hon. M. James Lorenz
United States District Judge

-1-
Order Granting Joint Motion to Stay