Brandon Brouillette (SBN 273156)
bbrouillette@crosnerlegal.com
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
**CROSNER LEGAL, P.C.**
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

Attorneys for Plaintiff
ROBERT MARTINEZ

*[Additional counsel on next page]*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARTINEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IHG MANAGEMENT (MARYLAND) LLC, a Maryland Limited Liability Company; INTER-CONTINENTAL HOTELS CORPORATION, a Delaware Corporation; INTERCONTINENTAL HOTELS GROUP RESOURCES, LLC, a Delaware Limited Liability Company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 3:24-cv-00210-L-DEB<br><br>*[Assigned to the Hon. Daniel E. Butcher, Crtrm. 2B]*<br><br>**JOINT STATEMENT RE STATUS OF SETTLEMENT**<br><br><br>Complaint filed:  December 28, 2023<br>Trial date:       None set |

JOINT STATEMENT RE STATUS OF SETTLEMENT

**SEYFARTH SHAW LLP**
Leo Q. Li (SBN 293539)
lli@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Eric E. Hill (SBN 173247)
ehill@seyfarth.com
Ping Wang (SBN 351428)
pwang@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Yoon-Woo Nam (SBN 284644)
ynam@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:   (916) 448-0159
Facsimile:    (916) 558-4839

Attorneys for Defendants
IHG MANAGEMENT (MARYLAND) LLC; INTER-
CONTINENTAL HOTELS CORPORATION;
INTERCONTINENTAL HOTELS GROUP
RESOURCES, LLC

2

Plaintiff Robert Martinez ("Plaintiff") and Defendants IHG Management (Maryland) LLC, Inter-Continental Hotels Corporation, and InterContinental Hotels Group Resources, LLC ("Defendants"), by their respective attorneys, respectfully submit this status update regarding the status of the settlement approval proceedings in *Martinez v. IHG Management (Maryland), LLC*, San Diego County Superior Court Case No. 37-2024-00008501-CU-OE-CTL (*Martinez II*).

**STATUS UPDATE**

On October 23, 2025, the Court in *Martinez II* approved the PAGA portion of the Parties' settlement and granted preliminary approval of the Parties' class action settlement. The hearing on final approval of class action settlement has been set for March 6, 2026 at 9:30 a.m.

Dated: November 18, 2025            **CROSNER LEGAL, P.C.**

By: */s/Brandon Brouillette*
Brandon Brouillette

Attorneys for Plaintiff
ROBERT MARTINEZ

Dated: November 18, 2025            **SEYFARTH SHAW LLP**

By: */s/Eric Hill*
Leo Q. Li
Eric Hill

Attorneys for Defendants
IHG MANAGEMENT (MARYLAND) LLC;
INTER-CONTINENTAL HOTELS
CORPORATION; INTERCONTINENTAL
HOTELS GROUP RESOURCES, LLC

3

# **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Eric Hill, counsel for Defendants IHG MANAGEMENT (MARYLAND) LLC, INTER-CONTINENTAL HOTELS CORPORATION, INTERCONTINENTAL HOTELS GROUP RESOURCES, LLC, and that I have obtained Mr. Hill's authorization to affix his electronic signature to this document.

JOINT STATEMENT RE STATUS OF SETTLEMENT