UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>IHG MANAGEMENT (MARYLAND) LLC, et al.,<br><br>    Defendants. | Case No.: 3:24-cv-210-L-DEB<br><br>**ORDER** |

In this wages-and-hours lawsuit, Plaintiff filed a motion to certify a class action. (ECF No. 31, 38.) On December 5, 2024, the parties notified the Court that they had reached a settlement in principle. (ECF Nos. 39-45.) On April 15, 2025, the parties filed a joint motion to stay this action pending settlement approval in *Martinez v. IHG Management (Maryland), LLC*, San Diego County Superior Court Case No. 37-2024-00008501-CU-OE-CTL ("*Martinez II*") – a related class action pending in State court. (ECF No. 46.) The parties represented that settlement approval in *Martinez II* would encompass this action as well. (*Id.*) The Court granted a stay and ordered a status report. (ECF No. 47.) Most recently the parties reported that on October 23, 2025, the Superior Court in *Martinez II* approved the parties' settlement insofar as it resolved a claim asserted under the Private Attorneys' General Act of 2004 ("PAGA"), Cal. Lab. Code §§

2698 *et seq.*, and granted preliminary approval of class action settlement of the balance of the case. (ECF No. 53.) A hearing on the final approval of class action settlement is set before the Superior Court for March 6, 2026. (*Id.*)

Accordingly, no later than March 15, 2026, the parties shall either file a joint motion for dismissal of this action or a report on the status of the *Martinez II* settlement.

**IT IS SO ORDERED.**

Dated: December 2, 2025

_____
Hon. M. James Lorenz
United States District Judge