UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARTINEZ,<br>Plaintiff,<br>v.<br>IHG MANAGEMENT (MARYLAND) LLC, et al.,<br>Defendants. | Case No.: 3:24-cv-210-L-DEB<br>**ORDER OF DISMISSAL**<br>[ECF No. 55] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Stipulation of Voluntary Dismissal (ECF No. 55) is approved, and this action is dismissed without prejudice. Each party shall bear their own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: March 13, 2026

Hon. M. James Lorenz
United States District Judge